## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUNTLEY L.L.C. )<br><br>Plaintiff )<br><br>v. )<br><br>MONTEREY MUSHROOMS INC. )<br><br>Defendant ) | C.A. No. _____<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff, Huntley L.L.C. ("Plaintiff"), for its Complaint against Monterey

Mushrooms Inc. ("Defendant"), alleges as follows:

## PARTIES

1.    Plaintiff, Huntley L.L.C., is a limited liability company organized and

existing under the laws of the State of Delaware having its principal place of business

at 1220 North Market Street, Wilmington, Delaware 19899.

2.    On information and belief, Defendant Monterey Mushrooms Inc. is a

California corporation having a principal place of business at 260 Westgate Dr.,

Watsonville, California 95076-2452.

1

## JURISDICTION AND VENUE

3.    This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code § 1, *et seq,* including 35 U.S.C. § 271 and 281.

4.    This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.    Venue is proper in the District of Delaware pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400 (b). Personal jurisdiction over Defendant comports with the United States Constitution and 10 Del. C. § 3104 of the Delaware Code because, upon information and belief, Defendant is a resident of the State of California and Defendant has committed and continues to commit, and has induced and continues to induce others to commit, and has contributed to and continues to contribute to acts of patent infringement is this Judicial District as alleged in this Complaint.

6.    This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a), as the other claims brought forth form part of the same case or controversy.

## BACKGROUND

7.    On September 27, 2000, EPL Technologies, ("EPL"), and Plaintiff entered into agreement, whereby Plaintiff would represent EPL, inter alia, to secure one or more United States Patents. In return, EPL agreed to pay Plaintiff associated fees assessed by Plaintiff. A copy of the agreement is attached hereto as Exhibit A.

8.    Prior to the issuance of one or more United States Patents, Defendant knew of Plaintiff's representation of EPL in agreed upon matters.  Defendant also took an active interest in Plaintiff's activities relating to the securing of one or more United States Patents.

9.    Pursuant to the agreement noted above, on December 31, 2002, a patent to Martin et al, United States Patent No. 6,500,476 ("the '476 patent"), entitled "Preservation Compositions and Process for Mushrooms," was duly and lawfully issued by the United States Patent and Trademark Office ("PTO").  A copy of the '476 patent is attached hereto as Exhibit B.

10.    Arising out of unpaid fees owed by EPL, Plaintiff recorded an equitable interest in the PTO on December 16, 2002 at Reel 013586, Frame 0948.  This recording gave public notice of Plaintiff's equitable interest in the '476 patent.  A copy of the Notice of Equitable Claim is attached hereto as Exhibit C.

11.    On or before May 7, 2003, Defendant contacted Plaintiff seeking relevant information concerning the '476 patent, including the status of any unpaid fees owed to Plaintiff.

12.    On May 7, 2003, EPL and Defendant executed an assignment whereby "all rights, interest and title" of the '476 patent were transferred from EPL to Defendant.  A copy of the assignment is attached hereto as Exhibit D.

## FIRST CLAIM FOR RELIEF
## <u>CLEAR TITLE DEFECT OF '476 PATENT</u>
## <u>PATENT INFRINGEMENT</u>

13.    Plaintiff repeats and re-alleges the allegations of paragraphs 1-12 as though fully set forth herein.

14.    Plaintiff asks this Court, in its equitable jurisdiction, to confirm Plaintiff's equitable interest in the '476 patent, and that this interest is better title to any currently held by Defendant.

15.    On information and belief, Defendant has infringed and continues to infringe at least Claim 1 of the '476 patent. Defendant infringes the '476 patent by (a) its processing of mushrooms in California and elsewhere and the sale of the processed mushrooms in this Judicial District; and (b) contributing to and/or inducing infringement of at least Claim 1 of the '476 patent by others.

16.    On information and belief, Defendant's infringement of the '476 patent has been and continues to be deliberate, willful, and with full knowledge and awareness of the '476 patent.

17.    Defendant's acts have caused, and unless restrained and enjoined will continue to cause, irreparable injury and damages to Plaintiff for which Plaintiff has no adequate remedy at law.

WHEREFORE, Plaintiff prays for relief as follows: That this Court enter an order finding that Plaintiff is owner of the '476 patent. That this Court enter an order pursuant to 35 U.S.C. § 271, finding that the Defendant has infringed at least Claim 1

of the '476 patent.  That Defendant, its officers, directors, agents, employees, successors and assigns and any persons acting in privity or in concert with it be permanently enjoined and restrained from preserving mushrooms by the process defined by Claim 1 of the '476 patent, or using, selling, offering for sale or importing any product resulting from Defendant's use of the process of at least Claim 1 of the '476 patent, or from otherwise infringing, inducing and/or contributing to infringement of at least Claim 1 of the '476 patent.  That pursuant to 35 U.S.C. § 284, Plaintiff be awarded damages adequate to compensate Plaintiff for infringement of at least Claim 1 of the '476 patent, but in no event less than a reasonable royalty, together with prejudgment interest.  That pursuant to 35 U.S.C. § 284, Plaintiff be awarded increased damages in the amount of three times the amount found or assessed for the deliberate and willful nature of Defendant's infringing activities; That pursuant to 35 U.S.C. § 284, Plaintiff be awarded its costs, disbursements and attorneys' fees in preparing for and pursuing this action.  That Plaintiff be awarded all such other and further relief as the Court deems equitable, just and proper.

## SECOND CLAIM FOR RELIEF
## DEFENDANT LIABLE BY WAY OF ASSIGNMENT

18.    Plaintiff repeats and re-alleges the allegations of paragraphs 1-12 as though fully set forth herein.

5

19.     As the recording of Plaintiff's equitable interest predates the assignment executed with EPL, the Defendant knew or should of known about Plaintiff's equitable interest in the '476 patent before the execution of the assignment.

20.     As assignee, Defendant took possession of the '476 patent together with all equitable claims attached to the '476 patent.  Consequently, Defendant is liable for equitable claims held by third parties.

21.     Plaintiff's equitable interest in the '476 patent qualifies as such an equitable claim held by a third party; which, as a result of assignment, is currently rightfully held against Defendant.

WHEREFORE, Plaintiff prays for relief as follows:  Plaintiff be awarded unpaid fees, and all such other and further relief as the Court deems equitable, just and proper.


### THIRD CLAIM FOR RELIEF
### EQUITABLE LIEN ON PROCEEDS DERIVED FROM '476 PATENT

22.     Plaintiff repeats and re-alleges the allegations of paragraphs 1-12 as though fully set forth herein.

23.     As Defendant had notice of equitable interest in the '476 patent, Plaintiff asserts an equitable lien against Defendant, for any and all proceeds acquired from their use of the '476 patent, to the extent of the unpaid fees owed to Plaintiff.

WHEREFORE, Plaintiff prays for relief as follows:  Plaintiff be awarded unpaid fees, and all such other and further relief as the Court deems equitable, just and proper.

## FOURTH CLAIM FOR RELIEF
### QUASI-CONTRACT BETWEEN PLAINTIFF AND DEFENDANT

24.    Plaintiff repeats and re-alleges the allegations of paragraphs 1-12 as though fully set forth herein.

25.    Plaintiff asks this Court to declare a quasi-contract between Plaintiff and Defendant.  While Plaintiff has yet to receive payment of fees, Defendant has utilized, and will continue to utilize, and profit from, the '476 patent.  Defendant therefore has been unjustly enriched in acquisition of the '476 patent.

26.    Alternatively, Defendant has acquired the '476 patent through assignment at a cost below fair-market value as set by EPL.  But for the fees due to Plaintiff, Defendant would have acquired the '476 patent at fair-market value as priced by EPL.

WHEREFORE, Plaintiff prays for relief as follows:  Plaintiff be awarded unpaid fees, and all such other and further relief as the Court deems equitable, just and proper.

7

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues so triable.


HUNTLEY L.L.C.

By:

Donald W. Huntley   (#2096)
1220 North Market Street
P.O. Box 948
Wilmington, DE  19899
302-426-0610
huntley@monopolize.com


Pro se

Date: June 24, 2008


L:\CLIENTS\Monterey\Compaddissues.

# HUNTLEY & ASSOCIATES

1105 NORTH MARKET STREET
P.O. BOX 948
WILMINGTON, DE 19899-0948

TELEPHONE: (302) 426-0610
FACSIMILE: (302) 426-0612

RECEIVED
SEP 2 0 2000
EPL TECHNOLOGIES, INC.

REC'D
OCT 0 2 2000

DONALD W. HUNTLEY

MARK C. GREGORY
BRIAN A. GOMEZ

OF COUNSEL:
THEODORE C. GREGORY
(ADMITTED IN OHIO AND D.C. ONLY)

E-MAIL:     DWH
HUNTLEY@MONOPOLIZE.COM
GREGORY@MONOPOLIZE.COM
GOMEZ@MONOPOLIZE.COM

September 19, 2000

Mr. Alvin S. Topolski
EPL Technologies, Inc.
127 Wembley road
Wilmington, DE  19808-1425

*Bill*

Dear Al:

Thank you for stopping in yesterday with Bill Romig to discuss the possibility of our helping to pursue patent protection for EPL, initially in connection with packaging using the microperforated film that you have developed.

If you would like us to handle the preparation, filing and prosecution of a patent application for this development, we would be glad to do so. As we discussed, before preparing and filing a patent application, it is generally worthwhile to carry out a preliminary search of the prior art, to see what published literature is available that would impact on the patentability of the development. We can generally carry out sufficient searching to get a good reading on the prior art for $1500 or less. However, we jointly had some doubts on the likelihood that that available sources for information in a search would disclose the true state of the art. A variety of packages may have been made and sold that could impact patentability, but not find their way into the published literature. Particularly with the time constraints that you have in filing a patent application, it may be better to focus our efforts on the application rather than a search.

The initial preparation of a patent application typically involves 30 to 50 hours of professional time. If we feel that one or more drawings would help in the understanding of the invention, these would be prepared by one of our regular draftsmen to meet the fairly specific Patent Office requirements. The basic official filing fee in the U. S. Patent and Trademark Office for a patent application is $690. If your business qualifies as a small entity, that is, having less than 500 employees, the filing fee would be reduced by 50%.

Expenses during the course of prosecution in the U. S. Patent and Trademark Office will necessarily vary with the complexity of the prosecution. It is customary for the

Mr. Alvin S. Topolski
September 19, 2000
2

Commissioner to issue one or two Office Actions before allowing an application, each one of which typically involves 5 to 10 hours of professional time to review and draft a response. If the application is allowed, an issue fee in the amount of $1,210 ($605 for a small entity) is required to have the patent issue. After issuance, maintenance fees are due at 3.5, 7.5 and 11.5 years to maintain the patent in force.

Our current billing rates for attorneys' time range from $160 to $205 per hour. Paralegal time is billed at $75 per hour. All time is billed in tenths of an hour. We also bill for expenses such as long distance telephone charges, courier service, photocopying, official fees and travel. We render bills for services and expenses monthly and ask that you review our invoices and get back with any questions within ten (10) days. In the absence of questions, bills are payable within thirty (30) days.

If you elect to proceed, you have the absolute right to discharge this firm for any reason at any time, with or without explanation. Upon request from you, we shall promptly turn over your file to you or any other counsel you may retain. You will, however, remain responsible for all fees and costs incurred through the date that we are discharged.

Thanks again for contacting us in connection with your patent work. If the above terms provide a satisfactory basis for moving forward, please indicate the acceptance of EPL as provided below and return one fully executed copy of this letter. We're looking forward to the possibility of working with you on this.

Yours sincerely,

Donald W. Huntley

CC:    Dr. William R. Romig

ACCEPTED:

EPL TECHNOLOGIES, INC

By

Title Sr. VP, Science & Technology

Date: September 27, 2000

US006500476B1

(12) **United States Patent**
Martin et al.

(10) **Patent No.:** **US 6,500,476 B1**
(45) **Date of Patent:** **Dec. 31, 2002**

(54) **PRESERVATION COMPOSITIONS AND PROCESS FOR MUSHROOMS**

(75) Inventors: **Stefan T. Martin**, Flourtown, PA (US);
**Howard S. Kravitz**, Wayne, PA (US);
**William R. Romig**, Morrestown, NJ (US)

(73) Assignee: **EPL Technologies, Inc.**, Philadelphia, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/896,865**

(22) Filed: **Jun. 29, 2001**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/819,887, filed on Mar. 28, 2001.

(51) Int. Cl.$^7$ .............................................. **A23B 7/153**
(52) U.S. Cl. ...................... **426/262**; 426/271; 426/310; 426/335; 426/615
(58) Field of Search ................................ 426/615, 262, 426/541, 335, 532, 648, 102, 89, 321, 326, 329, 302, 271

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,066,795 A * 1/1978 Dave ......................... 426/259

| | | | |
|---|---|---|---|
| 4,557,937 A | * | 12/1985 | Bournier ...................... 426/241 |
| 5,919,507 A | * | 7/1999 | Beelman et al. ............. 426/268 |
| 5,925,395 A | * | 7/1999 | Chen .......................... 426/302 |
| 6,039,992 A | * | 3/2000 | Compadre et al. .......... 426/332 |
| 6,139,890 A | * | 10/2000 | Simpukas ................... 426/268 |
| 6,287,617 B1 | * | 9/2001 | Bender et al. .............. 426/335 |

* cited by examiner

*Primary Examiner*—Carolyn Paden
(74) *Attorney, Agent, or Firm*—Huntley & Associates

(57) **ABSTRACT**

Preservative compositions using GRAS (generally recognized as safe) ingredients are incorporated into a commercially viable three-stage preservation process for mushrooms. The process includes contacting the mushrooms with a high pH solution for microbial reduction; a neutralizing step to return the pH of the mushrooms to their about physiological pH; and an anti-browning step that incorporates suitable antioxidants and ancillary compounds to maintain the color of the finished product. Specifically disclosed is a method for preserving fresh mushrooms comprising the steps of exposing the mushrooms to a aqueous antimicrobial solution with a pH of 10.5–11.5; treating the mushrooms with a pH neutralizing buffer consisting of an organic acid and a salt of an organic acid and then subjecting the mushrooms to a combination of an anti-browning agent, a source of calcium and a chelating agent.

**32 Claims, 2 Drawing Sheets**





FIG. 2

US 6,500,476 B1

**1**

# PRESERVATION COMPOSITIONS AND PROCESS FOR MUSHROOMS

## CROSS-REFERENCE TO RELATED APPLICATION

This is a continuation-in-part of copending application Ser. No. 09/819,887, filed Mar. 28, 2001.

## BACKGROUND OF THE INVENTION

Fresh-cut fruits and vegetables, with minimal processing and ready to eat, are the fastest growing segment of the produce market. Sulfite solutions were historically used to wash fruits, vegetables and mushrooms. Due to the detrimental effects of water and the undesirable effects of sulfites, minimally processed or ready to eat mushrooms with acceptable quality and shelf life for retail markets have not been achieved on a commercially viable basis.

Commercial production practices of growing mushrooms in straw-bedded horse manure compost covered with a fine layer of peat or other "casing material" yield harvested mushrooms with undesirable appearance and requires the consumer to wash the mushrooms prior to use. Mushrooms are typically harvested by hand leading to the introduction and spread of fluorescent Pseudomonads and other spoilage organisms that lead to accelerated decay and discoloration of the mushrooms.

Consumers identify whiteness and cleanliness of fresh mushrooms (*Agaricus bisporus*) as the main factors of quality. If an economical process could be developed to remove the casing material and compost from the surface of mushrooms while minimizing bacterial attack, the processors could create new markets and increase the sale of mushrooms. The consumer would prefer to purchase ready to use mushrooms that are free of such contaminants and have the opportunity to readily mix them with other food components. In the view of the grower/processor and end user, mushrooms would then join the category of minimally processed or fresh-cut produce and occupy the convenience section of the produce aisle.

The discoloration of mushrooms is due principally to enzymatic browning that is triggered when substrate and enzyme (tyrosinase or polyphenol oxidase) are allowed to mix. Tyrosinase, which occurs naturally at high levels in the cap cuticle or surface of the mushrooms, interacts with a number of phenolic substances that are also present in the cap. In healthy mushrooms, enzyme and substrate are segregated in separate subcellular compartments. Upon mechanical, bacteriological or physiological injury to the mushroom, enzyme and substrate are allowed to mix and subsequent discoloration occurs. Due to the fragile nature of mushrooms and susceptibility to attack by bacteria it would be highly desirable to develop a commercially viable protocol to minimize mechanical and bacterial damage to the mushroom tissue and thus indirectly inhibit enzymatic browning. It is further desirable to combine this with a preservation step that would directly inhibit enzymatic browning. It would be most efficient if such treatments could be a part of a washing process that would also remove undesirable particulate matter that clings to the mushroom cap surface after harvesting.

Traditionally, the surfaces of mushrooms have been washed with sulfite solutions to remove unwanted debris and bleach the mushrooms to a desired whiteness level. However, in 1986, the U.S. FDA banned the application of sulfite compounds on mushrooms due to allergic reactions experienced by asthmatic consumers when exposed to such compounds. Subsequent to the ban, numerous attempts have been made to identify alternative treatment compounds to sulfites. Although mushrooms treated with sulfite solutions

**2**

exhibit a very desirable color at day 1 (post-treatment), there is little reduction in the surface microbial population. Hence, the beneficial effect of sulfite solutions on quality is short term. After only two to three days of refrigerated storage, bacterial decay of the sulfite treated mushrooms is evident. Growers accepted this trade off as sulfites are very cheap and the bleached appearance combined with the removal of undesirable debris yields an acceptable product for short periods of time. However, this short shelf life does not produce lasting results and is inadequate for retail distribution.

The banning of sulfite washes stimulated scientists to identify alternative systems and to extend the shelf life to meet the requirements for retail distribution. McConnell (1991) developed an aqueous preservative wash solution containing 10,000 ppm hydrogen peroxide and 1000 ppm calcium disodium EDTA. Hydrogen peroxide functions as a bactericide via oxidation injury to DNA and other cellular components. Ethylene diamine tetraacetic acid (EDTA) enhances the antimicrobial activity of hydrogen peroxide and reduces browning by sequestering copper, a cofactor required by tyrosinase. In 1994, Sapers modified McConnell's protocol into a two stage process that utilized 10,000 ppm hydrogen peroxide in stage 1 and a combination of sodium erythorbate, cysteine and EDTA in stage two. Although these protocols were an improvement over the sulfite treatments, they proved expensive.

High pH solutions are known to be effective as antimicrobial treatments for mushrooms. Catalano and Knabel (1994) determined that increasing a solution wash to pH 11.0 caused at least a 3-log 10 reduction in the number of viable Salmonella cells within one hour of inoculation. Higher pH levels are especially effective against gram-negative organisms such as Pseudomonas, the predominant genus on mushrooms (Aubrey). In 1999, Beelman and Duncan incorporated the use of a high pH wash with an antibrowning solution in a two-stage process (U.S. Pat. No. 5,919,507). The Beelman-Duncan process used a high pH first stage as the antimicrobial treatment and a second stage of sodium erythorbate, calcium and EDTA to minimize enzymatic browning. While this process combined and improved the teaching of McConnell and Sapers, it narrowly focused on a two-stage sequence with limited chemical selection in each process step. Specifically, the Beelman-Duncan process limited the pH neutralizing step to include solutions of erythorbic acid and sodium erythorbate. In addition, Beelman applied the erythorbic solution immediately after the antimicrobial contacting step. This restrictive sequence resulted in the rapid degradation of the sodium erythorbate solution in the neutralization stage and the need for increased quantities of the anti-browning materials. Consequently, the Beelman process did not address the variability in raw material and proved too expensive to be adopted by the processors and did not achieve commercial viability.

While the science of preservation of fresh mushrooms has advanced from the days of sulfite wash solutions, there remains a need for an efficient and economical method for treating mushrooms that removes compost and casing material, reduces microbial activity, minimizes enzymatic browning and thereby improves appearance and increases shelf life of fresh whole and sliced mushrooms.

## SUMMARY OF THE INVENTION

The present invention provides sulfite alternative compositions and a method for preserving mushrooms that is cost effective and provides adequate shelf life for retail distribution of the product. The method comprises the steps of contacting the mushrooms with an anti-microbial solution; rinsing the mushrooms with a neutralizing buffer solution; and treating the mushrooms with a browning inhibitor and a chelating agent.

3

Specifically, the instant invention provides a method for preserving mushrooms comprising the steps of contacting the mushrooms with an antimicrobial solution having a pH from about 10.5 to about 11.5; rinsing the mushrooms at least once with at least one aqueous pH neutralizing solution comprising organic acid and at least one salt of an organic acid substantially free from erythorbic acid and sodium erythorbate; and contacting the mushrooms at least once with at least one solution comprising a browning inhibitor and a chelating agent.

The invention further provides a three stage process that includes calcium and EDTA to minimize enzymatic browning in the third stage.

BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1 and 2 are graphical representations of test results realized using the three-stage process of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

The present invention is based on the discovery that a three stage preservation method for mushrooms provides improved efficiency and efficacy in cleaning and preserving mushrooms on a commercial scale.

The present invention uses a high pH solution as an anti-microbial treatment for fresh whole or sliced mushrooms. This significantly reduces the microbial load and reduces bacterial decay of the mushroom tissue and subsequent browning. However, the mushroom cap tissue is susceptible to damage by exposure to the high pH solution. Therefore, the present process includes a rapid neutralization following the high pH wash. The rapid neutralization minimizes tissue damage. The rapid neutralization is important to the quality of the finished product and the exposure time should be carefully controlled.

The present invention also includes an antibrowning step to deal with enzymatic browning. The antibrowning step incorporates a solution comprising antioxidant or browning inhibitor, and preferably calcium to maintain cellular tissue and to enhance browning inhibition. EDTA is also preferably used to further increase browning inhibition. By separating the neutralization step and the anti-browning step, the process is made cost effective due to the reduced depletion of the relatively expensive anti-browning solution. Thus, the present invention consists of three distinctly functional stages: a microbial stage, a neutralization stage and an anti-browning stage.

The first step of the instant process involves contacting the mushrooms with an anti-microbial buffer solution having a pH of from about 10.5 to about 11.5. A wide variety of compounds can be used in this solution to attain the desired pH, including, for example, sodium bicarbonate, sodium carbonate and sodium hydroxide. The buffering compounds can be used alone or in combination. Of these buffering compounds, the combination of sodium bicarbonate and sodium carbonate is preferred. About from 0.3 to 0.5% by weight sodium bicarbonate and about from 0.05 to 0.10% by weight of sodium bicarbonate has been found to be particularly satisfactory. In general, the initial contacting with the anti-microbial buffer solution is carried out for about from 20 to 40 seconds at ambient temperatures of about 25° C. Somewhat elevated temperatures can provide greater anti-microbial action, which permits lower dwell times in this solution.

The mushrooms are thereafter contacted with at least once with at least one aqueous pH neutralizing buffer solution comprising organic acid and at least one salt of an organic acid and substantially free from erythorbic acid and sodium

4

erythorbate. This can be accomplished by applying the buffer solution by any convenient means, including, for example, by dipping, spraying and cascading. In general, this neutralizing solution has a pH of about from 3.0 to 5.0. The acids and bases used for the preparation of the salts are preferably weak acids and bases. Representative of the organic acids and salts of organic acids which can be used in the instant process include citric acid and sodium citrate, respectively. For example, a 0.1 N solution of citric acid, having a pH of about 3.5, can be used effectively. The combination of citric acid and sodium citrate is preferred, but other acids, salts, and combinations will be readily apparent to those skilled in the art. For example, other organic acids which can be used include malic, acetic, phosphoric, and lactic acids.

The rinsing step is carried out to reduce the pH of the mushrooms to substantially their natural pH. In this context, the rinsing is carried out with the aqueous buffer solution at a pH of about from 3.0 to 5.0. The contacting time will vary, for example, with the pH of the mushrooms after the anti-microbial solution treatment and the volume of rinsing solution, but is typically about from 10 to 30 seconds.

The third step of the process of the instant invention is treating the mushrooms at least once with at least one solution comprising a browning inhibitor and a chelating agent. A wide variety of browning inhibitors known in the art can be used, which retard the effect of tyrosinase. These are typically reducing agents, of which sodium erythorbate, erythorbic acid, ascorbic acid and calcium ascorbate are representative, and which are preferred. A similarly broad range of known chelating agents can be used, which have a high affinity for copper. These can include, for example, polyphosphates such as sodium hexametaphosphate, and others currently approved for use on fruits and vegetables, and categorized by the Food and Drug Administration as Generally Recognized As Safe (GRAS). Calcium disodium EDTA has been found to be particularly satisfactory, and is accordingly preferred.

The pH of individual solutions can be monitored for the purpose of maintaining the optimum pH and the concentration of sodium erythorbate monitored to maximize the inhibition of enzymatic browning of the mushrooms. In a preferred embodiment of the instant process, the solution used in the third treating step further comprises calcium chloride. The pH of individual solutions is monitored for the purpose of maintaining the optimum pH and the concentration of sodium erythorbate monitored to maximize the inhibition of enzymatic browning of the mushrooms.

Advantages of the present process over other multiple stage processes include the use of higher pH solutions in the first stage, resulting in improved microbial kill, a rapid neutralization step that minimizes tissue damage, less carry over and a reduction in the rate of depletion of the expensive anti-browning chemicals, better dirt removal, less solution uptake (high solution uptake causes the appearance of light grey disclororation, commonly referred to as "window paning"), reduced tank charging costs, reduced ingredient depletion and less foam in the final tank.

The instant process preferably comprises incorporating, into at least one treating step, at least one antifoaming composition. A wide variety of known defoaming or antifoaming compositions or surfactants can be used, of which silicon emulsions have been found to be particularly satisfactory, and are accordingly preferred. For maximum effectiveness, this component is preferably added to the first or second stages of the instant process. The specific quantity will depend on the surfactant selected and the volume of the treating baths, as can be readily determined by those skilled in the art.

The procedure can be and preferably is a continuous process whereby the mushrooms are introduced into a first

5

tank and conveyed through each step with minimal mechanical damage. Extensive mechanical damage leads to excessive browning and depletion of active ingredients. Solutions of sodium bicarbonate and sodium carbonate are adjusted to the higher pH with sodium hydroxide to achieve the high pH state in the first stage and maintained at a temperature of at least about 25° C. In general, somewhat elevated temperatures improve the microbial kill. To avoid tissue damage, the exposure time is limited to about 20–40 seconds. After the antimicrobial step, the pH of the mushrooms is rapidly adjusted to approximately 6.5, which is more physiologically acceptable for the mushrooms. The rapid reduction in pH is accomplished during the second step in the process or the rinsing step. The rinsing occurs in a tank that contains a citrate buffer made from an organic acid and a salt of an organic acid and that is at ambient temperature. To minimize the uptake of solution, the mushrooms remain in stage two for only approximately 10–30 seconds. They are then transported by a conveyor that minimizes submersion depth, again to minimize uptake of solution, to the stage three (antibrowning) step. The antibrowning stage solution is maintained at ambient temperature and preferably comprises sodium erythorbate, calcium chloride, and EDTA as a treatment to minimize enzymatic browning. The mushrooms remain in this solution for approximately 20–40 seconds. The total immersion or solution exposure time during the three stage process is preferably limited to approximately 50–110 seconds.

When compared to other treatment protocols such a sodium metabisulfite or the Beelman-Duncan two stage process, mushrooms resulting from the process of the instant invention are superior in several ways. Although mushrooms treated with sulfites may initially have a better whiteness than mushrooms treated by the present invention, those resulting from the present invention exhibit a better appearance later in shelf life and exhibit a longer shelf life with acceptable color. There is a significant reduction in microbial load using this process whereas sulfites tend to exhibit little or no bactericidal effect. When compared to the Beelman-Duncan two stage process, mushrooms from the present three-stage process take up less solution, have a greater reduction in microbial load, and exhibit less enzymatic browning. The three distinct steps allow for the optimization of each functional component of the process and minimization of the depletion of active components in the anti-browning stage. This results in a significant reduction in cost of the process per pound of treated mushrooms.

The present invention is further illustrated in the following specific examples, using the materials, equipment and test procedures described.

Raw Material

Hybrid off-white mushrooms (*Agaricus bisporus*) were used for testing. Due to the inherent variability in commercially produced mushrooms all subsequent studies were conducted with similar mushrooms but grown and harvested under commercial production conditions in southeastern Pennsylvania. No grading was done beyond normal commercial protocols. Traditional horse-manure compost and conventional production practices were used. Mushrooms were generally harvested early in the day of processing. A composite of the harvest was used with the only differentiation being the harvest or flush as it is commonly referred to in the industry. As the teaching of this invention is a commercially viable process the use of average quality mushrooms were considered very important. First and second flush mushrooms, which account for the majority of mushrooms sold commercially were used for the pilot scale tests and within a given test either the first or second flush mushrooms were used. Harvested mushrooms were stored at 2–4° C. prior to processing. Experiments were conducted with whole and sliced mushrooms.

6

Treatment Solutions

Treatment solutions were generally made using available city or well water. However, the water was analyzed to determine the pH and any unusual concentration of specific elements.

Initial studies and early pilot scale tests compared the Beelman et al. two-stage process and the present three-stage process. All subsequent wash treatments where commercially grown mushrooms were used consisted of three distinct stages: the first stage is a high pH antimicrobial wash (typically 10.5–11.5 sodium bicarbonate, sodium carbonate buffer), the second stage is a neutralization step to return the mushrooms to the physiologically normal pH as quickly as possible, the third stage is a preservative step (typically a mixture of sodium erythorbate, calcium chloride, and EDTA). It is extremely important to neutralize the high pH solution quickly to avoid tissue damage and subsequent accelerated enzymatic browning and microbial growth.

Stage one (reported in Table 1) uses a combination of 0.04M sodium carbonate and 0.01M sodium bicarbonate adjusted to pH 11.2 with 10N sodium hydroxide. A surfactant is added to avoid frothing in the treatment tank and subsequent carry over to tank two. The temperature of the solution is maintained at 25° C.

Stage two neutralization solution is a 0.05M citrate buffer of citric acid and sodium citrate to achieve a pH range of 2.5–4.0 with a pH of 3.6 being the target. The temperature of this solution is ambient.

Stage three anti-browning step consisted of sodium erythorbate (2.0–3.0% by weight), calcium disodium EDTA (0.1% by weight) and anhydrous calcium chloride (0.1–0.2% by weight). The temperature of stage 3 is ambient.

The pH of individual solutions is monitored for the purpose of maintaining the optimum pH and the concentration of sodium erythorbate monitored to maximize the inhibition of enzymatic browning of the mushrooms.

Wash Process

Three commercial size tanks (FIG. 1) were filled with solution prepared with plant water. The temperature of tank 1 is maintained at 25° C. while the temperature of tank 2 and tank 3 equilibrated to ambient conditions. Chemical solutions and conditions used in the individual tanks are summarized in table 1. The single stage process is the current practice of using sulfite solutions to bleach and maintain the mushrooms. The two-stage process is the process developed by Beelman and Duncan.

Mushrooms are dumped gently into Tank 1 and moved gently through the tank at the designated rate via paddles. The process line is a continuous process with tank-to-tank transition as gentle as possible and with minimal submersion to minimize solution uptake and damage to the mushrooms. Excess moisture was drained during the transition from Tank 1 to Tank 2, which helped to minimize carryover into Tank 2.

Quality Measurements

Effectiveness of the individual treatments at maintaining whiteness and inhibiting post-processing browning was determined by measuring mushroom cap color on designated days of storage. Color was measured at three locations on the surface of each mushroom cap using either human observation or a tristimulus colorimeter. The colorimeter was calibrated using a standard plate supplied with the instrument and L* a*b color coordinates were used for all measurements. A target color of L=97.00, a=2.00, and b=0.00 was used as a reference standard for internal calculation of overall color deviation (Delta E) from that of the "ideal white mushroom" (Solomon, 1991).

In most studies, cap (visual), stem color and maturity were rated on a 1 to 5 scale with 1 being the best. Notations were made for aroma and extent of visible microbial degradation.

US 6,500,476 B1

| 7 | 8 |

TABLE 1

| | Single-Stage Process | Two-Stage Process | Three Stage Process |
|---|---|---|---|
| Tank 1 | Water Sodium Metabisulfite Ambient temperature | Water Sodium bicarbonate pH 9.5–11.0 30–60 sec 10–25 C. | Water Sodium bicarbonate Sodium carbonate Sodium hydroxide surfactant pH 10.5–11.5 30 sec 25 C. |
| Tank 2 | None | Water Erythorbic acid Sodium erythorbate Calcium disodium EDTA Anhydrous Calcium Chloride pH 4.8 60–120 sec exposure | Water Citric acid Sodium citrate pH 3.0–5.0 15 sec Surfactant |
| Tank 3 | None | None | Water Sodium erythorbate Calcium disodium EDTA Anhydrous calcium chloride Surfactant pH 7.5 35 sec dwell time |

## EXAMPLE 1

Reducing uptake of solution and minimizing depletion of the preservative solution in tank 3.

Treatment solutions were prepared with deionized water. Stage 1 was maintained at 25° C. for multiple stage wash procedures while the sulfite control was at ambient temperature. The objective was to identify a process that would meet the economic targets of the processor and yield results (quality and shelf life) as good or better than the two-stage process reported by Beelman and Duncan. The mushrooms were held at 10° C. Three-stage processes (treatments 5,7, 9) yielded results as good as or better then the best 2-stage process with regard to overall quality and shelf life. Treatment 7 was the best with regard to appearance due in part to the reduced exposure time and less uptake of solution.

TABLE II

| Treat-ment | Description | Color of Stored Mushroom ($L^*$ values) | | |
|---|---|---|---|---|
| | | Day 0 | Day 3 | Day 6 |
| 1 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 3% erythorbic acid/sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (60 sec) | 94.14 | 94.24 | 94.03 |
| 2 | Sodium bicarbonate buffer at pH | 94.54 | 93.45 | 90.06 |

TABLE II-continued

| Treat-ment | Description | Color of Stored Mushroom ($L^*$ values) | | |
|---|---|---|---|---|
| | | Day 0 | Day 3 | Day 6 |
| | 10.5 (30 sec): 0.05M citrate buffer @ pH 3.4 (15 sec): 1.0% sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | | | |
| 3 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05M citrate buffer @ pH 4.6 (15 sec): 1.0% sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 92.97 | 89.84 | 83.05 |
| 4 | Sodium bicarbonate buffer at pH 10.5 (30 sec): 0.05 citrate buffer at pH 3.4 (15 sec): 1.5% sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 94.53 | 94.22 | 91.66 |
| 5 | Sodium bicarbonate buffer at pH 10.5 (30 sec): 0.05M citrate buffer at pH 4.6 (15 sec): 1.5% sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 94.12 | 93.38 | 93.45 |
| 6 | Sodium bicarbonate buffer at pH 10.5 (30 sec): 0.05M citrate buffer at pH 3.4 (15 sec): 2.0% sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 94.56 | 91.45 | 89.78 |
| 7 | Sodium bicarbonate buffer at pH 10.5 (30 sec): 0.05M citrate buffer at pH 4.6 (15 sec): 2.0% sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 94.31 | 94.76 | 93.82 |
| 8 | Same as treatment 5 but with EDTA in the second (citrate) wash instead of in the third (erythorbate) wash. | 92.71 | 93.34 | 88.93 |
| 9 | Same as treatment 5, but with the citrate and sodium erythorbate washes at 30 sec each instead of 15 sec for a total exposure time of 90 sec. | 93.42 | 93.28 | 93.96 |
| 10 | Sodium bicarbonate buffer at pH 10.5 (30 sec): 0.05M citrate buffer at pH 3.4 (15 sec): 3.0% sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 93.98 | 93.40 | 92.90 |

## EXAMPLE 1, CONTINUED

Effect of washing on quality parameters of mushrooms. Day 6. (1=best, 5=worst)

| Treatment | Description | Cap Color | Stem Color | Aroma | Maturity | Microbial |
|---|---|---|---|---|---|---|
| 1 Control | Sodium bicarbonate buffer at pH 10.5 (30 sec); 3% erythorbate acid/sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (60 sec) | 1 | 1 | | 3 | |

US 6,500,476 B1

9            10

-continued

| Treatment | Description | Cap Color | Stem Color | Aroma | Maturity | Microbial |
|---|---|---|---|---|---|---|
| 2 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05 M citrate buffer @ pH 3.4 (15 sec); 1.0% sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 2 | 2 dark | Fishy | 2 | Bacterial blotch |
| 3 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05 M citrate buffer @ pH 4.6 (15 sec); 1.0% sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 4 dark edges | 3 brown | Sl. Fishy | 3 | Severe blotch |
| 4 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05 M citrate buffer at pH 3.4 (15 sec); 1.5% sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 2 | 1 | Sl. Ammonia | 3 | blotch |
| 5 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05 M citrate buffer at pH 4.6 (15 sec); 1.5% sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 2 | 2 | | 3 | |
| 6 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05 M citrate buffer at pH 3.4 (15 sec); 2.0% sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 3 sl. darkening | 3 browning | Fishy | 4 | Severe blotch |
| 7 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05 M citrate buffer at pH 4.6 (15 sec); 2.0% sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 1 | 1 | | 2 | |
| 8 | Same as treatment 5 but with EDTA in the second (citrate) wash instead of in the third (erythorbate) wash. | 2.5 sl. Yellow | 1.5 | Fishy | 3 | blotch |
| 9 | Same as treatment 5, but with the citrate and sodium erythorbate washes at 30 sec each instead of 15 sec for a total exposure time of 90 sec. | 2 | 2 | | 3 | blotch |
| 10 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05 M citrate buffer at pH 3.4 (15 sec); 3.0% sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 2 | 1.5 darkening | Fishy | 4 | Some Blotch |

## EXAMPLE 2

The 3-stage process (treatment 7) yielded mushrooms of equal or better quality than the standard 2-stage process as illustrated by L*-values (whiteness readings). The reduced exposure time also limited solution uptake, which is detrimental to quality and shelf life.

| Treat-ment | Description | Storage Color (L* values) | | |
|---|---|---|---|---|
| | | Day 0 | Day 3 | Day 6 |
| 1 | Sodium sulfite-Control | 91.48 | 90.09 | 87.28 |
| 2 Two-Stage Control | Sodium bicarbonate buffer at pH 10.5 (30 sec); 3.0% erythorbic acid/sodium erythorbate + 1000 EDTA + 1000 ppm calcium chloride (60 sec) | 93.18 | 92.72 | 92.44 |

-continued

| Treat-ment | Description | Storage Color (L* values) | | |
|---|---|---|---|---|
| | | Day 0 | Day 3 | Day 6 |
| 3 | Sodium bicarbonate buffer at pH 10.5 (30 sec); dip mushrooms in 0.05M citrate buffer at pH 3.5 (5 sec); 3% sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 92.72 | 90.94 | 90.25 |
| 4 | Same as treatment 3, but with a 5 sec water rinse at end | 89.76 | 90.31 | 89.08 |
| 5 | Same as treatment 3, but with 1.5% sodium erythorbate instead of 3.0% | 91.68 | 90.89 | 89.73 |
| 6 | Same as treatment 5, but with a 5 sec water rinse at the end | 89.49 | 88.55 | 89.03 |
| 7 | Same as treatment 3, but with a | 93.87 | 93.02 | 92.49 |

US 6,500,476 B1

<div style="display:flex; justify-content:space-between"><span>11</span><span>12</span></div>

**-continued**

| Treat- | Description | Storage Color (L* values) | | |
|---|---|---|---|---|
| ment | | Day 0 | Day 3 | Day 6 |
| | retention time of 30 sec in sodium erythorbate solution. instead of 15 sec | | | |
| 8 | Same as treatment 7. but with a 5 sec water rinse at the end | 91.14 | 92.23 | 90.75 |

## EXAMPLE 3

Three-stage treatment illustrating equal or superior performance with reduced exposure times and reduced concentration of erythorbate resulting in an acceptable processing cost. Three-stage treatments 2, 3, 5 and 6 all outperformed the two-stage process over the duration of the shelf life period as illustrated by the higher L* value readings. The advantage of the 3-stage process is at day 6 when the retail consumer typically sees the product.

| Treatment and Description | Day 0 | Day 3 | Day 6 |
|---|---|---|---|
| 1 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 3% erythorbic acid/sodium erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (60 sec) (standard 2-stage process) | 94.31 | 93.82 | 91.83 |
| 2 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05 citrate buffer at pH 3.4 (15 sec); 1.0% erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 93.67 | 92.31 | 92.72 |
| 3 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05M citrate buffer at pH 4.6 (15 sec); 1.0% erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 94.13 | 93.30 | 92.93 |
| 4 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05M citrate buffer at pH 3.4 (15 sec); 1.5% erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 93.43 | 93.95 | 90.93 |
| 5 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05M citrate buffer at pH 4.6 (15 sec); 1.5% erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 93.79 | 93.18 | 93.26 |
| 6 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05M citrate buffer at pH 3.4 (15 sec); 2.0% erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 94.36 | 93.20 | 93.49 |
| 7 | Sodium bicarbonate buffer at pH 10.5 (30 sec); 0.05M citrate buffer at pH 4.6 (15 sec); 2.0% erythorbate + 1000 ppm EDTA + 1000 ppm calcium chloride (15 sec) | 93.12 | 92.70 | 90.86 |
| 8 | Same as 4 but with EDTA in second (citrate) tank instead of the third (erythorbate) tank. | 93.12 | 92.40 | 92.14 |

## EXAMPLE 4

Comparison of the Beelman-Duncan process and the present three-stage process using mushrooms grown under conventional production protocols and washed using a commercial processing line.

First-flush mushrooms were treated with several variations of the three-stage process as well as the standard two-stage process of Beelman and Duncan. The control was commercially produced sulfite-washed mushrooms. Tank 1 was 0.424% sodium carbonate, 0.084% sodium bicarbonate buffer (0.05M), pH=10.5, temperature 25° C.; tank 2 was 0.49% citric acid, 0.72% sodium citrate buffer, pH 4.5, temperature 14° C.; tank 3 was 3.0% sodium erythorbate (monohydrate), 1000 ppm calcium disodium EDTA, 1000 ppm calcium chloride (dihydrate), pH 7.2–7.4. After washing, the mushrooms were placed in cold storage prior to vacuum cooling. Mushrooms were vacuum cooled for 18 min to an internal temperature of 2–3° C. Mushrooms were packaged in commercial 10-LB ventilated corrugated containers. Mushrooms treated with the various three-stage treatments retained shelf life quality as well as those treated with the commercial sulfite solution. There were no major differences across the different three-stage treatments and the mushrooms exhibited an additional 2–3 days of salable quality. The three-stage treatments were superior to the standard two-stage process. Overall ranking scale (1=best) was used to compare the processes.

The fact that the 3-stage process worked as well with regard to appearance as the commercial sulfite wash (banned by FDA) and provided additional shelf life indicated that this process performs adequately for commercial use. Results are especially significant in that the starting raw material was first-flush mushrooms, which are generally of lower quality than second flush mushrooms.

Evaluation of mushrooms processed and stored under commercial conditions for 3 days at 2–4° C. The plant manager performed evaluations. An overall ranking scale (1=best) was used to compare the processes.

| Treatment | Cap Color | Stem End Color | Overall Salability | Comments | Overall Ranking |
|---|---|---|---|---|---|
| 3-stage # 1 30s/15s/15s | Better than sulfite control | Equal to or better than sulfite control | Salable | Good throughout | 1 |
| 3-stage # 2 30s/30s/15s | Some blotch starting, but no different from sulfite control | Equal to sulfite control | Salable | Some dimpling and blotch | 4 |
| 3-stage # 3 30s/15s/30 | A little better than sulfite control | Equal to sulfite control | Salable | | 2 |
| 3-stage # 4 30s/30s/30s | A little better than sulfite control | Not as good as sulfite control | Salable | | 3 |
| 3-stage # 5 30s/30s/30s with rinse | Caps dirty, equal to control | Equal to sulfite control | Salable | | 4 |
| 2-stage # 6 | More blotch than sulfite control, not as good | Equal to sulfite control | Marginal | A lot of blotch | 5 |
| Sulfite Control | Acceptable | Acceptable | Salable | | 4 |

## EXAMPLE 5

First and second flush, calcium chloride-irrigated mushrooms were washed in the standard 3-stage process, a modified 2-stage process in which the second and third steps were combined and a bucket test to evaluate the significance of the mechanical damage. Mushrooms washed in the bucket test of the 3-stage process were rated "excellent" and almost as good as sulfite-washed mushrooms. Those washed with the standard 3-stage process were rated "good" by day 2 and were still acceptable to marginal by day 6, but were

US 6,500,476 B1

13

not as bright as those from the bucket test. However, mushrooms treated via the 3-stage process were considerably brighter than mushrooms washed with the 2-stage process, thus confirming the need to separate the functionalities of the ingredients in separate tanks

Standard 3-stage process:

Stage 1—40 sec (target is 30 sec) in 0.424% sodium carbonate, 0.084% sodium bicarbonate at approx. 25° C., pH 10.5

Stage 2—45 sec (target time 15 sec) in 0.49% citric acid, 0.72% sodium citrate at approx 16° C., pH 4.6.

Stage 3—16 sec (target time 15 sec) in 3.0% sodium erythorbate, 0.1% calcium disodium EDTA, 0.1 % calcium chloride at approx. 16° C., pH 7.3

Post-treatment rinse—1 oz/LB

Modified 2-stage process

To further confirm the importance of separating the functional steps of the wash process a modified 2-stage process was tested where steps 2 and 3 of the 3-stage process were combined.

Stage 1—45 sec (target time 30–45 sec) in 0.424% sodium carbonate, 0.084% sodium bicarbonate at approx 25° C., pH 10.5.

Stage 2—16 sec (target time 15 sec) in 3.0% sodium erythorbate, 0.1 % calcium chloride, 0.1 % calcium disodium EDTA, and adjusted to pH 4.8 with citric acid

Post-treatment rinse—1 oz/LB

| | |
|---|---|
| 2-Stage Process (Steps 2 and 3 of three-stage process combined) | Product rated acceptable to marginal. Not as bright as mushrooms from the 3-stage process, significantly more browning |
| 3-Stage Process | Product rated acceptable to marginal. Caps mostly white with only a few marks; stem ends had good color |
| 3-stage bucket test | Mushrooms from 2nd flush about as good as those from the 3-stage process (above), but those from the 1st flush were unacceptable due to lots of deep brown marks; probably due to over drying |

EXAMPLE 6

A three-stage process using sprays for stage 2 and stage 3 rather than submersion.

Mushrooms of four different quality levels were washed using the three-stage process but with the substitution of sprays for tank 2 and tank 3. Finished product was stored at 35° F. and compared with unwashed controls and sulfite-washed mushrooms.

Mushroom Quality (starting raw material)

Group 1: Second break, medium-size mushrooms (best quality of the four groups), picked and washed the same day.

Group 2: Second break medium-size mushrooms picked same day, in ½-LB tills, vacuum cooled (second best quality)

Group 3: California first break medium-size mushrooms picked the previous day, in lugs, vacuum-cooled (worst quality of the four categories)

Group 4: First break medium-size mushrooms picked same-day, in lugs, not vacuum-cooled.

Parameters for trial

Stage 1—15–30 sec at 25° C. in 0.424% sodium carbonate, 0.084% sodium bicarbonate (pH 10.4)

Stage 2—20 sec at 13° C. in 0.72% sodium citrate, 0.49% citric acid

14

Stage 3—10 sec at 13° C. in 3.5% sodium erythorbate, 0.2% calcium chloride and 0.1% calcium disodium EDTA

The mushrooms were evaluated by technical personnel from a commercial mushroom processor.

Mushrooms were kept at room temperature for approximately 30 min after washing, then placed in the 35° F. cooler. Lugs were stacked and uncovered. Control (unwashed and sulfated mushrooms) was placed next to the treated material.

Results at Day 3

Group 1—Washed product looked good, caps were white on top, slightly gray around sides. Slightly better than sulfite-washed same day; sulfite-washed were slightly yellow. Stem ends ok, slight to moderate brown.

Group 2—3-stage wash product looked good, some bruising, otherwise as good as group 1.

Group 3—3-stage process looked marginal as they did on day 0. Acceptable for slicing.

Group 4—3-stage process looked acceptable to marginal, lot of bruising, overall not as bright as groups 1 and 2.

Although there was considerable mechanical damage the 3-stage processed mushrooms were acceptable and considered better then the sulfited control.

Day 5

The 3–stage processed mushrooms still looked good with little difference from day 3. The treated produce was slightly better than the unwashed controls and significantly better than the sulfite-washed product, which continued to yellow.

Day 7

Treated product still looked good. The 3-stage washed product clearly looked better than the unwashed controls and much better than the sulfite-washed mushrooms. There was some blotch on the unwashed controls but none on the washed mushrooms.

EXAMPLE 7

Three-stage Treatment Trial Substituting Spray Application for Submersion in stages 2 and 3

Treatments were the same as in Example 6.

This was a similar trial to that described in Example 5 but with lesser quality starting raw material. Mushrooms were dumped onto a metal grill (slopes to tank 1) to remove debris. The mushrooms remained in the barrel washer for 15–30 seconds. Stage 2 consisted of spray nozzles mounted over a conveyor and supplied by a 50-gal tank. Total time for stage 2 was 20 sec. Stage 3 also consisted of spray nozzles over a second conveyor and fed by a 50-gal tank. The mushrooms were allowed to drain and were sorted for defects and size.

In general the results were not as good due to the inferior quality of the starting raw material. None of the mushrooms in this trial were of superior quality and some were clearly marginal quality at the time of washing. Three of the six tested groups were harvested the day before.

Day 7 Results

pallet 1 (large, second break, harvested day before washing, decent quality prior to washing)

Sliced—excellent quality (rated 8-9 on scale of 1 to 10, 10 being best)

Whole—good quality—biggest problem was brown spots due to mechanical damage (rated 7)

Pallet 2 (mediums, second break, harvested day before washing, fair quality prior to washing)

Sliced—excellent quality (rated 9)

Whole—good quality—biggest problem was brown spots due to mechanical damage (rated 7)

US 6,500,476 B1

15

Unwashed Controls—were brown overall (rated 3)

Pallet 3 (mediums, first break, harvested day before washing, low quality prior to washing)

Sliced—good quality (rated 7 on a scale of 1 to 10)

Whole—decent quality (rated 6 on a scale of 1 to 10)

Unwashed controls—somewhat brown overall (rated 4)

Pallet 4 (medium size, first break, picked day of wash, decent quality prior to washing)

Sliced—very good quality (rated 8)

Whole—good quality—browning where there was mechanical damage (rated 7)

Unwashed controls—a little brown overall (rated 5)

Pallet 5 (buttons, picked day of wash, low quality prior to washing)

Whole—marginal quality (rated 5)

Pallet 6 (mediums, first break, picked day of washing, good quality prior to washing)

Sliced—marginal—unacceptable quality, a lot of graying (rated 4

Whole—decent quality (rated 6)

EXAMPLE 8

Effect of Three-stage Process on Depletion of Active Ingredients

The largest cost factor in the two-stage process is erythorbate, added as sodium erythorbate and erythorbic acid. The largest cost factor in the three-stage process is sodium erythorbate. The concentration of erythorbate must be maintained between approximately 2 and 3% in order to effectively preserve the appearance of the washed mushrooms. Therefore, the depletion and maintenance of erythorbate is a critical component in both efficacy and the economics of both wash processes.

Mushrooms were washed in separate commercial trials of the two-stage and three-stage processes. The changes in concentration of erythorbate were monitored in tank 2 of the two-stage process and tank 3 of the three stage process. Maintenance of erythorbate was calculated based on measured erythorbate concentration and tank volume.

The conditions for the two-stage process are as follows: Stage one tank conditions were 400 gallons at 0.43% sodium bicarbonate, 0.18% sodium hydroxide, pH 10.4, 24.2° C., 23 sec dwell time. Stage two tank conditions were 550 gallons at 2.4% sodium erythorbate, 0.6% erythorbic acid, 0.1% calcium chloride, 0.1% EDTA, pH 4.7, 15.8° C., 60 sec dwell time.

The conditions for the three-stage process were as follows: Stage one tank conditions were 400 gallons at 0.43% sodium carbonate, 0.084% sodium bicarbonate, pH 10.4, 21.7° C., 30 sec dwell time. Stage two tank conditions were 550 gallons at 0.49% citric acid, 0.72% sodium citrate, pH 4.5, 18° C., 35 sec dwell time. Stage three tank conditions were 190 gallons at 3% sodium erythorbate, 0.1 % calcium chloride, 0.1 % EDTA, 15 sec dwell time.

The depletion of erythorbate is two to three times greater for the two-stage process compared to the three-stage process. Approximately three times the weight of mushrooms can be processed per LB of sodium erythorbate using the three-stage process compared to the two-stage process.

16

| Two-Stage Process | | |
|---|---|---|
| Mushrooms Processed (lbs) | Measured Tank 2 (550 gal) Erythorbate Concentration (%) | Weight erythorbate added (sodium erythorbate plus erythorbic acid) (lbs) |
| 100 | 3.0 | 137.6 initial |
| 1700 | 2.7 | |
| 3000 | 2.5 | |
| 5000 | 2.2 | |
| 7000 | 1.9 | |

Calculation of erythorbate used: 137.6 − ((137.6) (1.9/3.0)) = 50.5 lbs.
Calculation of erythorbate used per lb mushroom processed: 50.5 lbs/7000 lbs = 0.0072 lbs erythorbate per lb mushroom processed.
LBS of mushrooms/LB of sodium erythorbate: 7,000/50.5 = 138.6

| Three-Stage Process | | |
|---|---|---|
| Mushrooms Processed (lbs) | Measured Tank 3 (190 gal) Erythorbate Concentration (%) | Weight sodium erythorbate added (lbs) (to keep concentration > 2%) |
| 0 | 2.9 | 47.5 initial |
| 1329 | 2.7 | |
| 2450 | 2.6 | |
| 3244 | 2.3 | |
| 3939 | 2.1 | |
| 5246 | 3.1 | 13.1 |
| 6593 | 2.9 | |
| 7801 | 2.5 | |
| 9048 | 2.4 | |
| 10309 | 2.3 | |
| 11498 | 2.0 | |

Calculation of erythorbate used: 60.6 − ((47.5)(2.0/2.9)) = 28.4
Calculation of erythorbate used per lb mushroom processed: 28.4 lbs/11498 lbs = 0.0025 lbs erythorbate per lb mushroom processed.
LBS of mushrooms processed per LB of sodium erythorbate: 11498/28.4 = 404.9 LBS.

EXAMPLE 9

Two-Stage vs. Three-Stage Process: Effect on Cost of Charging Commercial Scale Mushroom Wash Line

The costs of filling commercial sized tanks for the two-stage process were compared to the three stage process. Costs are represented as indexed costs with the cost of calcium disodium EDTA arbitrarily set at 100. Cost of the other individual ingredients is relative to EDTA.

The conditions for the two-stage process were as follows: Stage one tank conditions were 400 gallons at 0.43% sodium bicarbonate, 0. 18% sodium hydroxide, pH 10.4, 24.2° C., 23 sec dwell time. Stage two tank conditions were 550 gallons at 2.4% sodium erythorbate, 0.6% erythorbic acid, 0.1% calcium chloride, 0. 1% EDTA, pH 4.7, 15.8° C., 60 sec dwell time.

The conditions for the three-stage process were as follows: Stage one tank conditions were 400 gallons at 0.43% sodium carbonate, 0.084% sodium bicarbonate, pH 10.4, 21.7° C., 30 sec dwell time. Stage two tank conditions were 550 gallons at 0.49% citric acid, 0.72% sodium citrate, pH 4.5, 18° C., 35 sec dwell time. Stage three tank conditions were 190 gallons at 3% sodium erythorbate, 0.1% calcium chloride, 0. 1% EDTA, 15 sec dwell time.

The addition of a third treatment tank, and separation of the neutralization and browning inhibitor treatments as

17

practiced in the three-stage process, results in significantly lower costs to charge commercial size treatment tanks as shown in the analysis below. The initial cost to fill the three tanks in the three-stage process is 60% less than the cost to fill the two tanks in the two-stage process.

**Two-Stage Process**

|  | Stage One Tank 400 gallons | | |
|---|---|---|---|
| Ingredient | Initial Charge (lbs) | Indexed Ingredient Cost (IC/lb)[1] | Indexed Cost Initial Charge (IC)[2] |
| sodium bicarbonate | 14.14 | 16.87 | 238.54 |
| Total | | | 238.54 |

[1]Indexed Ingredient Cost (IC/lb): The actual 1998 ingredient costs per pound were divided by the actual 1998 cost of calcium disodium EDTA per pound and multiplied by 100.
[2]Indexed Cost Initial Charge (IC): (IC/lb) × Initial Charge (lbs)

|  | Stage Two Tank 550 gallons | | |
|---|---|---|---|
| Ingredient | Initial Charge (lbs) | Indexed Ingredient Cost (IC/lb)[1] | Indexed Cost Initial Charge (IC)[2] |
| sodium erythorbate | 110.1 | 60.24 | 6632.42 |
| erythorbic acid | 27.5 | 141.45 | 3889.88 |
| calcium disodium EDTA | 4.6 | 100 | 460.00 |
| calcium chloride | 4.6 | 21.45 | 98.67 |
| Total | | | 11080.97 |

[1]Indexed Ingredient Cost (IC/lb): The actual 1998 ingredient costs per pound were divided by the actual 1998 cost of calcium disodium EDTA per pound and multiplied by 100.
[2]Indexed Cost Initial Charge (IC): (IC/lb) × Initial Charge (lbs)

Total indexed cost for charging tanks for two-stage process: 11319.51

**Three-Stage Process**

|  | Stage One Tank 400 gallons | | |
|---|---|---|---|
| Ingredient | Initial Charge (lbs) | Indexed Ingredient Cost (IC/lb)[1] | Indexed Cost Initial Charge (IC)[2] |
| sodium carbonate | 14.14 | 16.87 | 238.54 |
| sodium bicarbonate | 2.80 | 10.12 | 28.34 |
| Total | | | 266.88 |

[1]Indexed Ingredient Cost (IC/lb): The actual 1998 ingredient costs per pound were divided by the actual 1998 cost of calcium disodium EDTA per pound and multiplied by 100.
[2]Indexed Cost Initial Charge (IC): (IC/lb) × Initial Charge (lbs)

18

|  | Stage Two Tank 550 gallons | | |
|---|---|---|---|
| Ingredient | Initial Charge (lbs) | Indexed Ingredient Cost (IC/lb)[1] | Indexed Cost Initial Charge (IC)[2] |
| citric acid | 22.40 | 17.35 | 388.64 |
| sodium citrate | 32.94 | 26.02 | 857.10 |
| Total | | | 1245.74 |

[1]Indexed Ingredient Cost (IC/lb): The actual 1998 ingredient costs per pound were divided by the actual 1998 cost of calcium disodium EDTA per pound and multiplied by 100.
[2]Indexed Cost Initial Charge (IC): (IC/lb) × Initial Charge (lbs)

|  | Stage Three Tank 190 gallons | | |
|---|---|---|---|
| Ingredient | Initial Charge (lbs) | Indexed Ingredient Cost (IC/lb)[1] | Indexed Cost Initial Charge (IC)[2] |
| sodium erythorbate | 47.50 | 60.24 | 2861.4 |
| calcium chloride | 1.6 | 21.45 | 34.32 |
| calcium disodium EDTA | 1.6 | 100 | 160.00 |
| Total | | | 3055.72 |

[1]Indexed Ingredient Cost (IC/lb): The actual 1998 ingredient costs per pound were divided by the actual 1998 cost of calcium disodium EDTA per pound and multiplied by 100.
[2]Indexed Cost Initial Charge (IC): (IC/lb) × Initial Charge (lbs)

Total indexed cost for charging tanks: 4568.34

EXAMPLE 10

Reduction of microbial populations on mushrooms washed by the three-stage process.

Mushrooms were washed in a commercial trial with the three-stage process. The conditions for the three-stage process were as follows: Stage one tank conditions were 0.43% sodium carbonate, 0.084% sodium bicarbonate, pH 11.1, 25.0° C., 30 sec dwell time. Stage two tank conditions were 0.49% citric acid, 0.72% sodium citrate, pH 4.5, 15 sec dwell time. Stage three tank conditions were 3% sodium erythorbate, 0.2% calcium chloride, 0.1. % EDTA, 35 sec dwell time.

Triplicate samples were collected at each sampling point. All samples were analyzed for aerobes and fluorescent pseudomonads.

As shown in FIG. 1, the three-stage process resulted in an average aerobic population reduction of 17-fold in the washed mushrooms. An 11-fold reduction was found in pseudomonas population as reflected in FIG. 2.

We claim:

1. A method for preserving mushrooms comprising the steps of:

contacting the mushrooms with an aqueous anti-microbial solution having a pH of from about 10.5 to about 11.5;

rinsing the mushrooms at least once with at least one aqueous pH neutralizing buffer solution comprising organic acid and at least one salt of an organic acid and substantially free from erythorbic acid and sodium erythorbate; and

contacting the mushrooms at least once with at least one solution comprising a browning inhibitor and a chelating agent.

2. A method of claim 1 wherein the anti-microbial solution comprises at least one of sodium bicarbonate, sodium carbonate and sodium hydroxide.

US 6,500,476 B1

19

**3.** A method of claim **2** wherein the anti-microbial solution comprises from about 0.3% to about 0.5% by weight sodium carbonate and from about 0.05% to about 0.10% by weight sodium bicarbonate.

**4.** A method of claim **3** wherein the contacting with an anti-microbial solution is carried out for from about 20 to about 40 seconds at about 25° C.

**5.** A method of claim **1** wherein the browning inhibitor is selected from the group consisting of sodium erythorbate, erythorbic acid, ascorbic acid, calcium ascorbate and L-cysteine.

**6.** A method of claim **1** wherein the organic acid and salt of an organic acid comprise citric acid and sodium citrate, respectively.

**7.** A method of claim **6** wherein the rinsing step is carried out with a pH of about from 3.0 to 5.0 for about from 10 to 30 seconds.

**8.** A method of claim **7** wherein the browning inhibitor and chelating agent comprise sodium erythorbate and calcium disodium EDTA, respectively.

**9.** A method of claim **8** wherein the solution used in the anti-browning treating step further comprises calcium chloride and the contacting is carried out for about 20 to about 40 seconds.

**10.** A method of claim **9** wherein the solution in at least one step further includes an antifoaming or defoaming solution.

**11.** A method of claim **10** wherein the antifoaming solution comprises at least one silicon emulsion defoamer or antifoam.

**12.** A method of claim **6** wherein the solution used in the treating step further comprises calcium chloride.

**13.** A method of claim **12** wherein the solution in at least one treating step further includes an antifoaming or defoaming solution.

**14.** A method of claim **6** wherein the contacting is carried out for about 20 to about 40 seconds.

**15.** A method of claim **14** wherein the antifoaming solution comprises at least one silicon emulsion defoamer or antifoam.

**16.** A method of claim **15** wherein said organic acid comprises about from 0.4% to about 0.6% by weight citric acid and said salt of said organic acid comprises from about 0.6% to about 0.8% by weight sodium citrate with a pH of about from 3.0 to 5.0.

**17.** A method of claim **16** wherein said browning inhibitor is at least one selected from the group consisting of sodium erythorbate, erythorbic acid, ascorbic acid, calcium ascorbate and L-cysteine hydrochloride.

**18.** A method of claim **15** wherein the anti-browning step solution has a pH from about 6.5 to about 7.5.

**19.** A method of claim **18** wherein the antifoaming solution comprises at least one silicon emulsion defoamer or antifoam.

**20.** A method of claim **19** wherein the anti-microbial solution comprises from about 0.3% to about 0.5% by weight sodium carbonate and from about 0.05% to about 0.10% by weight sodium bicarbonate.

20

**21.** A method of claim **20** wherein the solution in at least one contacting step further includes an antifoaming or defoaming solution.

**22.** A method of claim **15** wherein the anti-microbial solution comprises at least one of sodium bicarbonate, sodium carbonate and sodium hydroxide.

**23.** A method of claim **22** wherein the contacting with an anti-microbial is carried out for about from 20 to about 40 seconds at a temperature of about 25° C.

**24.** A method of claim **23** wherein the antifoaming solution comprises at least one silicon emulsion defoamer or antifoam.

**25.** A method of claim **24** wherein the browning inhibitor and chelating agent comprise sodium erythorbate and calcium disodium EDTA, respectively, with a pH from about 6.8 to about 7.5.

**26.** A method of claim **25** wherein the antifoaming solution comprises at least one silicon emulsion defoamer or antifoam.

**27.** A method for preserving mushrooms comprising the steps of:

contacting the mushrooms with an anti-microbial solution having a pH from about 10.5 to about 11.5;

rinsing the mushrooms at least once with at least one aqueous pH neutralizing buffer solution comprising citric acid and sodium citrate and substantially free from erythorbic acid and sodium erythorbate; and

treating the mushrooms at least once with at least one solution comprising a browning inhibitor and a chelating agent.

**28.** A method of claim **27** wherein said rinsing is carried out with a pH of about from 4.0 to 4.5 for about from 10 to 20 seconds.

**29.** A method of claim **28** wherein said chelating agent comprises calcium disodium EDTA.

**30.** A method of claim **29** wherein the solution in at least one step further includes an antifoaming or defoaming solution.

**31.** A method for preserving mushrooms comprising the steps of:

contacting the mushrooms with an anti-microbial solution comprising sodium bicarbonate, sodium carbonate and sodium hydroxide, the solution having a pH from about 10.5 to about 11.5;

rinsing the mushrooms at least once with at least one aqueous pH neutralizing buffer solution of at least one organic acid and at least one salt of an organic acid and substantially free from erythorbic acid and sodium erythorbate; and

treating the mushrooms at least once with at least one solution comprising a browning inhibitor and a chelating agent with a pH from about 6.5 to about 7.5 and a divalent cation.

**32.** A method of claim **31** wherein the solution in at least one step further includes an antifoaming or defoaming solution.

* * * * *

# UNITED STATES
# PATENT AND
# TRADEMARK OFFICE
★★★★

APRIL 22, 2003

PTAS

DONALD W. HUNTLEY
PO BOX 948
1105 N. MARKET STREET
WILMINGTON, DE 19899-0948

Under Secretary of Commerce For Intellectual Property and
Director of the United States Patent and Trademark Office
Washington, DC 20231
www.uspto.gov



*102317130A*

## UNITED STATES PATENT AND TRADEMARK OFFICE
## NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE,
ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY,
SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 12/16/2002

REEL/FRAME: 013586/0948
NUMBER OF PAGES: 4

BRIEF:  NOTICE OF EQUITABLE CLAIM

ASSIGNOR:
    EPL TECHNOLOGIES, INC.

DOC DATE: 12/09/2002

ASSIGNEE:
    HUNTLEY & ASSOCIATES
    1105 N. MARKET ST, P.O. BOX 948
    WILMINGTON, DELAWARE 19899-0948

SERIAL NUMBER: 09896865
PATENT NUMBER: 6500476

FILING DATE: 06/29/2001
ISSUE DATE: 12/31/2002

JEEVON JONES, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS



RECEIVED
APR 26 2003
HUNTLEY & ASSOCIATES, L.L.C.

12/16/02

12-20-2002

FORM PTO 1595
(REV.6-93)
OMB No. 0651-0011 (exp.4/94)

RECO

<!-- barcode -->

102317130

U.S. DEPARTMENT OF COMMERCE

**Patent and Trademark Office**

To the Honorable Commissioner of patents ... ease record the attached original documents or copy thereof.

| | |
|---|---|
| 1. Name of conveying party(ies): EPL Technologies, Inc.<br><br>Additional name(s) of conveying party(ies) attached? ___ Yes _X_ No | 2. Name and address of receiving party (ies)<br><br>Name: Huntley & Associates<br><br>Street Address: 1105 N. Market St, P.O. Box 948<br>City: Wilmington State: DE    Zip: 19899-0948<br>Country: USA |
| 3. Nature of conveyance:<br>__ Assignment        __ Merger<br>__ Security Agreement     __ Change of Name<br>_X_ Other _Notice of Equitable Claim_<br>Execution Date: December 9, 2002 | Additional name(s) & address(es) attached ___ Yes _X_ No |

4. Application number (s) or patent number(s):
    If this document is being filed together with a new application, the execution date of the application is
A. Patent Application No.(s)                    B. Patent No.(s)
09/896,865

Additionl numbers attached? __ Yes _X_ No

Total number of applications and patents involved: 1

| | |
|---|---|
| 5. Name and address to party whom correspondence concerning document should be mailed:<br><br>Name: Donald W. Huntley<br><br>Street Address: P.O. Box 948<br><br>1105 North Market Street<br><br>City: Wilmington    State: DE  ZIP: 19899-0948 | 7. Total fee (37 CFR 3.41)..........$40.00<br><br>_X_ Enclosed<br>___ Authorized to be charged to deposit account<br><br>8. Deposit account number:<br><br>08-3440<br><br>(Attach duplicate copy of this page if paying by deposit account) |

DO NOT USE THIS SPACE

9. Statement and signature
    *To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

___DONALD W. HUNTLEY___
Name of Person Signing

Signature

December 9, 2002
Date

Total number of pages including coversheet, attachments, and document: 2

Mail documents to be recorded with required cover sheet information to:
Commissioner of Patents & Trademarks, Box Assignments
Washington, D.C. 20231

12/19/2002 JJALLAH2 00000023 09896865
01 FC:8021                    40.00 OP

## NOTICE OF EQUITABLE CLAIM IN PATENT APPLICATION

I, the undersigned Donald W. Huntley, hereby affirm that Huntley & Associates, LLC is the holder of an equitable ownership interest in Martin et al., U.S. Patent Application Serial No. 09/896,865, filed June 29, 2001. This ownership interest flows from unpaid fees for legal services rendered pursuant to an agreement between EPL Technologies, Inc., the assignee of the above patent application, and the undersigned effective September 27, 2000, a copy of which is attached hereto.

Subscribed and sworn to this 9th day of December 2002.

HUNTLEY & ASSOCIATES, LLC

By _____
Donald W. Huntley

STATE OF DELAWARE        )
                         ) SS:
COUNTY OF NEW CASTLE     )

Subscribed and sworn to before me this 9th day of December 2002

_____
Mark C. Gregory
Notary Public
Delaware Bar ID 3395

L:\clients\EPL Technologies\Notice of Claim.doc

03-13-06    05:47pm    From-COOLEY GODWARD LLP         650 857 0663         T-937  P.002/004  F-739

| Form PTO-1595 (Rev. 08/05)<br>(Rev. 10/02)<br>OMB No. 0551-0027 (exp. 6/30/2008) | RECORDATION FORM COVER SHEET<br>PATENTS ONLY | U.S. DEPARTMENT OF COMMERCE<br>U.S. Patent and Trademark Office |
|---|---|---|

To the Director of the U.S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies) |
|---|---|
| **EPL Technologies, Inc.** | Name:    Monterey Mushrooms, Inc. |
| Additional name(s) of conveying party(ies) attached?  [] Yes  [X]No | Internal Address: |

3. Nature of conveyance/Execution Date(s):

Street Address: 260 Westgate Drive

Execution Date(s): **May 7, 2003**

City: Watsonville

[X] Assignment          [] Merger

State: California

[] Security Agreement   [] Change of Name

Zip: 95076

[] Joint Research Agreement  [] Government Interest Assignment

[] Executive Order 9424, Confirmatory License

Additional name(s) & address(es) attached? Yes []   No [X]

[] Other ( )

| 4. Application number(s) or patent number(s): | [ ] This document is being filed together with a new application. |
|---|---|
| A. Patent Application No.(s): | B. Patent No.(s)          6,500,476 |

Additional numbers attached?  [] Yes  [X]No

| 5. Name and address of party to whom correspondence concerning document should be mailed: | 6. Total number of applications and patents involved: [1] |
|---|---|
| Cooley Godward LLP<br>Patent Group<br>Street Address: Five Palo Alto Square<br>                       3000 El Camino Real<br>City:   Palo Alto<br>State:  CA<br>Zip:    94306-2155 | 7. Total fee (37 CFR 1.21(h) & 3.41) ......... $40.00<br><br>[] Enclosed<br><br>[X] Authorized to be charged to deposit account |
|  | 8. Deposit account number: 03-3117<br><br>The Commissioner is hereby authorized to charge any appropriate fees under 37 CFR 3.41 that may be required by this paper, and to credit any overpayment, to Deposit Account No. 03-3117. This paper is submitted in duplicate. |

DO NOT USE THIS SPACE

| 9. Signature: | Date:    March 13, 2006 |
|---|---|
| Name of Person Signing: Cliff Z. Liu, Registration No. 50,834 | |

Total number of pages including cover sheet, attachments, and documents: [3]

Documents to be recorded (with cover sheet) should be faxed to (571) 273-0140, or mailed to:
Mail Stop Assignment Recordation Services, Director of the U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450

I hereby certify that this correspondence is being transmitted by facsimile addressed to Assignment Division, Facsimile Number 571-273-0140, at United States Patent and Trademark Office, Alexandria, VA 22313-1450 on March 13, 2006.

By: _____
                 Gina Simon

722564 v1/PA

PATENT
REEL: 017325 FRAME: 0598

## ASSIGNMENT

WHEREAS, EPL Technologies, Inc. a Colorado corporation ("EPL"), is owner of United States No. 6,500,476 and PCT Application 02/20895 (the Patents)..

AND WHEREAS, Monterey Mushrooms, Inc. a California corporation (hereafter, together with any successors, legal representatives of assign thereof, called "Assignee"), wants to acquire the entire right, title and interest in and to said Patents and all other Assets as described in agreements dated this date.

NOW, THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, EPL does hereby sell, assign transfer and set over to Assignee all right, title and interest in and to said Patents and Assets (as that term is used in the Patent Purchase Agreement and Release of Claims dated this date, referred to herein as the Agreement), and all applications, divisions, substitutions, continuations and continuations-in-part thereof, and all United States Letters Patents which may be granted thereon and all reissues and extensions thereof, and all priority rights under all international conventions pertaining thereto, and all applications for patents (including related rights such as utility-model registrations, inventor's certificates, and the like) heretofore or hereafter filed for said Patents or Assets in any foreign countries, and all patents (including all extensions, renewals and reissues thereof) granted in any foreign countries; and EPL hereby authorize and request the United States Commissioner of Patents and Trademarks, and any officials of foreign countries whose duty it is to issue patents on applications as aforesaid, to issue all patents for said Patents or Assets to Assignee in accordance with the terms of this assignment;

AND EPL HEREBY covenants that it has full right to convey all interest herein assigned, and that it has not executed, and will not execute, any agreement in conflict herewith;

AND EPL HEREBY further covenants and agrees that it will communicate to Assignee any facts known to it respecting said improvements, and testify in any legal proceeding, sign all lawful papers, execute all divisional, continuation, continuations-in-part, substitute and reissue applications, make all rightful oaths and generally do everything possible to aid Assignee to obtain and enforce proper patent protection for said Patents and Assets in all countries.

It is the intention of the parties hereto that the Assignment made herein shall not operate to merge with or satisfy the covenants, warranties, terms or other obligations of EPL under the Agreement, all of which survive closing and continue according to the Agreement being and remaining at all times separate and distinct.

IN TESTIMONY WHEREOF, I hereunto set my hand this ꓘꓸꓸ day of May, 2003.

**PATENT
REEL: 017325 FRAME: 0599**

GEORGIA

STATE OF ~~PENNSYLVANIA~~                )

                                        )  ss:

COUNTY OF _____             )

    On __5__|__7_____, 2003, before the undersigned, a Notary Public for the
State and County aforesaid, personally appeared _____
known to me or proved to me on the basis of satisfactory evidence to be the person whose
name is subscribed to the above assignment, and acknowledged that he executed the
same.


                                        _____
                                        Notary Public


                                        Susan R. Dieckmann, Notary Public
                                        Fayette County, State of Georgia
                                        My Commission Expires May 1, 2004


                                        2

**PATENT**
**REEL: 017325 FRAME: 0600**

08 - 377

*%JS 44  (Rev 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

HUNTLEY L.L.C

## DEFENDANTS

MONETERY MUSHROOM, INC

**(b)** County of Residence of First Listed Plaintiff   **New Castle**
(EXCEPT IN U S PLAINTIFF CASES)

County of Residence of First Listed Defendant   **Watsonville**
(IN U S PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Huntley L.C.C, 1220 N Market Street, Wilmington, DE 19899

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U S Government Plaintiff
- ☒ 3  Federal Question (U S Government Not a Party)
- ☐ 2  U S Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | Liability | ☐ 650 Airline Regs | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl Ret Inc Security Act | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS  Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity)

35 U.S.C § 271 and 281

Brief description of cause

Patent infringement and other claims for relief

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F R C P 23

DEMAND $

CHECK YES only if demanded in complaint

JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)

JUDGE

DOCKET NUMBER

DATE  06/24/2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG JUDGE