IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUNTLEY L.L.C. )<br>)<br>Plaintiff )<br>) C.A. No. 08 – 377 GMS<br>v. )<br>)<br>MONTEREY MUSHROOMS INC. )<br>)<br>Defendant )<br>) | |

## Affidavit of Service – Rule 4.1(b)

1)   I am Donald W. Huntley, Plaintiff in this case.

2)   The Defendant is a non-resident of the State of Delaware who, on information and belief, resides at 260 West Gate Drive Watsonville, California 95076.

3)   On June 24, 2008 I mailed to defendant by **registered mail** a copy of the summons and complaint served on the Secretary of State along with a statement that service was made on the Secretary of State of this state and under 10 Del. C. § 3104, such service is as effective to all intents and purposes as if it had been made upon such non-resident personally within the state.

4)   On July 7, 2008 I received notice and receipt from the Post Office and that is the receipt attached hereto.

5)   The return receipt from the Post Office was marked received.

I swear that the foregoing statements are true and correct to the best of my knowledge and belief.

DATE: 7 JULY 08

Signature of Plaintiff
Donald W. Huntley (#2096)
1220 North Market Street
P.O. Box 948
Wilmington, DE 19899
302-426-0610
huntley@monopolize.com

Pro se

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

NOTARY

LINDA J. SMITH
Notary Public - State of Delaware
My Comm. Expires Aug. 18, 2009

L/Huntleyvmonterey/document/affidavit of service

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Shah Karemi
Monterey Mshrooms, Inc.
260 West Gate Drive
Watsonville, California 95076

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   [signature]                     6/20/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   RE 338 590 778 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540