IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUNTLEY L.L.C., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    C.A. No. 08-377 (GMS) |
| | ) |
| MONTEREY MUSHROOMS INC., | ) |
| | ) |
|     Defendant. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

WHEREAS a response to the Complaint is due on July 14, 2008 and defendant has requested an extension of fourteen (14) days to answer, move or otherwise plead in response to the Complaint to allow defendant the additional time necessary to evaluate more fully the allegations of the Complaint and its response to the allegations; and

WHEREAS plaintiff does not oppose this request;

IT IS HEREBY STIPULATED by counsel for the parties, subject to the approval of the Court, that the time for defendant to answer, move or otherwise plead in response to the Complaint is extended fourteen (14) days to and including July 28, 2008.

| | |
|---|---|
| HUNTLEY L.L.C. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Donald W. Huntley* | */s/ Thomas C. Grimm* |
| _____ | _____ |
| Donald W. Huntley (#2096) | Thomas C. Grimm (#1098) |
| 1220 North Market Street | 1201 N. Market Street |
| P.O. Box 948 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899-1347 |
| (302) 426-0610 | (302) 658-9200 |
| huntley@monopolize.com | tgrimm@mnat.com |
|   *Pro Se Attorneys for Plaintiff* |   *Attorneys for Defendant* |
|   *Huntley L.L.C.* |   *Monterey Mushrooms Inc.* |

Dated: July 7, 2008

- 2 -

SO ORDERED this ___ day of _____, 2008.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

2397992