IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUNTLEY L.L.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MONTEREY MUSHROOMS INC., ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 08-377 (GMS) |

**RULE 7.1 DISCLOSURE STATEMENT OF
DEFENDANT MONTEREY MUSHROOMS**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monterey Mushrooms, Inc. certifies that it is not owned by a parent corporation and that there is no publicly held corporation owning 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*

───────────────────────────
Thomas C. Grimm (#1098)
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
bschladweiler@mnat.com
*Attorneys for Defendant
Monterey Mushrooms Inc.*

OF COUNSEL:

Ricardo Rodriguez
Reuben Chen
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
(650) 843-5000

July 8, 2008
2398586

2.

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants.

I also certify that on July 8, 2008, true and correct copies of the foregoing were caused to be served upon the following individuals in the manner indicated:

**BY E-MAIL**

Donald W. Huntley
HUNTLEY & ASSOCIATES
1105 North Market Street
Wilmington, DE  19899-0948


*/s/ Thomas C. Grimm*

---

Thomas C. Grimm (#1098)
tgrimm@mnat.com

2398586

2.