IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUNTLEY L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 08-377 (GMS) |
| | ) |
| MONTEREY MUSHROOMS INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT MONTEREY MUSHROOMS'**
**RULE 41(d) MOTION FOR COSTS OF PREVIOUS ACTION AND**
**STAY OF CURRENT ACTION PENDING PLAINTIFF'S COMPLIANCE**

Defendant Monterey Mushrooms, Inc. respectfully moves this Court to order Plaintiff Huntley L.L.C. to pay $27,831.63 of the total $43,761.06 of costs incurred by Defendant in defending the previous action brought by Plaintiff, *Huntley & Associates, L.L.C. v. Monterey Mushrooms, Inc.*, C.A. No. 07-086 (GMS), and to stay the current action until Plaintiff has complied.  The grounds for this motion are fully set forth in Defendant Monterey Mushrooms' Opening Brief in Support of Its Rule 41(d) Motion for Costs of Previous Action and Stay of Current Action Pending Plaintiff's Compliance, filed contemporaneously herewith.

WHEREFORE, Defendant Monterey Mushrooms, Inc. respectfully requests this Court to grant its motion and to enter an order in the form attached hereto.

OF COUNSEL:

Ricardo Rodriguez
Reuben Chen
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
(650) 843-5000

July 28, 2008
2428018

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
*Attorneys for Defendant*
*Monterey Mushrooms Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUNTLEY L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-377 (GMS) |
| | ) |
| MONTEREY MUSHROOMS INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## [PROPOSED] ORDER

The Court having considered Defendant Monterey Mushrooms' Rule 41(d) Motion for Costs of Previous Action and Stay of Current Action Pending Plaintiff's Compliance, and the parties' arguments in support of and opposition to the motion,

IT IS HEREBY ORDERED that Defendant Monterey Mushrooms' Rule 41(d) Motion for Costs of Previous Action and Stay of Current Action Pending Plaintiff's Compliance is GRANTED.

Plaintiff Huntley L.L.C. shall pay the sum of $27,831.63 to Defendant Monterey Mushrooms, Inc. This action is stayed pending Plaintiff's compliance with the Court's Order.

Dated: _____          _____
                                United States District Judge

2428018

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants.

I also certify that on July 28, 2008, true and correct copies of the foregoing were caused to be served upon the following individuals in the manner indicated:

**BY E-MAIL & HAND-DELIVERY**

Donald W. Huntley
HUNTLEY & ASSOCIATES
1105 North Market Street
Wilmington, DE  19899-0948

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

2428018