IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HUNTLEY L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-377 (GMS) |
| | ) | |
| MONTEREY MUSHROOMS INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT MONTEREY MUSHROOMS'**
**RULE 12(b)(1) MOTION TO DISMISS WITH PREJUDICE**
**FOR LACK OF STANDING AND SUBJECT MATTER JURISDICTION**

Defendant Monterey Mushrooms, Inc. respectfully moves this Court to dismiss with prejudice Plaintiff Huntley L.L.C.'s Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of standing and subject matter jurisdiction. The grounds for this motion are fully set forth in Defendant Monterey Mushrooms' Opening Brief in Support of Its Rule 12(b)(1) Motion to Dismiss With Prejudice for Lack of Standing and Subject Matter Jurisdiction, filed contemporaneously herewith.

WHEREFORE, Defendant Monterey Mushrooms, Inc. respectfully requests this Court to grant its motion and to enter an order in the form attached hereto.

- 2 -

OF COUNSEL:

Ricardo Rodriguez
Reuben Chen
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
(650) 843-5000

July 28, 2008
2428088

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
*Attorneys for Defendant*
*Monterey Mushrooms Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HUNTLEY L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-377 (GMS) |
| | ) | |
| MONTEREY MUSHROOMS INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## [PROPOSED] ORDER

The Court having considered Defendant Monterey Mushrooms' Rule 12(b)(1) Motion to Dismiss With Prejudice for Lack of Standing and Subject Matter Jurisdiction, and the parties' arguments in support of and opposition to the motion,

IT IS HEREBY ORDERED that Defendant Monterey Mushrooms' Rule 12(b)(1) Motion to Dismiss With Prejudice for Lack of Standing and Subject Matter Jurisdiction is GRANTED.

Dated: _____            _____
                                                                United States District Judge

2428088

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants.

I also certify that on July 28, 2008, true and correct copies of the foregoing were caused to be served upon the following individuals in the manner indicated:

**BY E-MAIL & HAND-DELIVERY**

Donald W. Huntley
HUNTLEY & ASSOCIATES
1105 North Market Street
Wilmington, DE  19899-0948

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

2428088