IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUNTLEY L.L.C., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MONTEREY MUSHROOMS INC., )<br>)<br>Defendant. )<br>) | C.A. No. 08-377 (GMS) |

**STIPULATION AND ORDER TO EXTEND TIME**

WHEREAS, responses to Defendant's Rule 12(b)(1) motion to dismiss with prejudice for lack of standing and subject matter jurisdiction, and Defendant's Rule 41(d) motion for costs of previous action and stay of current action pending plaintiff's compliance are due on August 14, 2008, and Plaintiff has requested an extension of thirty (30) days to file responses to allow Plaintiff the additional time necessary to evaluate, and fully respond to both of Defendant's motions; and

WHEREAS Defendant does not oppose this request so long as Defendant receives a thirty (30) day extension for its replies;

IT IS HEREBY STIPULATED by counsel for the parties, subject to the approval of the Court, that the time for Plaintiff to respond to both motions is extended thirty (30) days to and including September 15, 2008 and that the time for Defendant to file replies in support of its motions is extended thirty (30) days, to and including October 27, 2008.

| | |
|---|---|
| HUNTLEY L.L.C. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Donald W. Huntley* | */s/ Thomas C. Grimm* |
| Donald W. Huntley (#2096)<br>1220 North Market Street<br>P.O. Box 948<br>Wilmington, DE  19899<br>(302) 426-0610<br>huntley@monopolize.com<br>*Pro se Attorneys for Plaintiff*<br>*Huntley L.L.C.* | Thomas C. Grimm (#1098)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>tgrimm@mnat.com<br>*Attorneys for Defendant*<br>*Monterey Mushrooms, Inc.* |

Dated:  August 1, 2008

SO ORDERED this ___ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

2432784