IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUNTLEY, L.L.C., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MONTEREY MUSHROOMS INC., )<br>)<br>Defendants. ) | Civil Action No. 08-377-GMS |

**AMENDED ORDER**

At Wilmington, this 17th day of September, 2010, having reviewed the parties' contentions, the standard of review, and the applicable law;

IT IS HEREBY ORDERED that the defendant's motion for attorney fees (D.I. 24) is GRANTED. The application for attorney fees is proper pursuant to the court's September 18, 2009 memorandum and order (D.I. 23) and Monterey Mushrooms filed the application within the five-day period required by that order. Since the application is unopposed and the claimed costs appear reasonable on their face, the court will grant the motion.

CHIEF, UNITED STATES DISTRICT JUDGE

1