# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUNTLEY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-377-GMS |
| | ) |
| MONTEREY MUSHROOMS INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This __12th__ day of __April__ 2012, it appearing that:

1. All non-sealed and non-expunged paper records are forwarded to the National Archives and Records Administration (NARA) by the Clerk of this Court in accordance with the Records Disposition Program established by the Judicial Conference pursuant to 28 U.S.C. Section 457.

2. The policy of this Court is that non-sealed paper only case records are forwarded to NARA after they have been maintained in this Court for a minimum period of six months after the final disposition of the case, unless otherwise ordered.

3. During the course of proceedings in the above-entitled action, parties filed certain confidential papers under seal pursuant to a protective order of the Court.

4. Court records indicate that the sealed paper documents in this closed civil action remain in the custody of the Clerk, and are not eligible for forwarding to NARA.

5. The Clerk has requested an order be issued directing that the sealed documents be returned to the filing parties.

**NOW, therefore, IT IS ORDERED** that:

1. The Clerk shall notify the parties that designated sealed documents shall be returned to them, or otherwise be made available for pickup, in accordance with this order, on a designated date by the Clerk's Office.

2. On or after the designated availability date, the Clerk shall surrender the sealed documents to the filing parties.

3. Any sealed documents in the record of this case shall remain sealed until disposed of in accordance with this order.

4. Should the filing parties fail to make arrangements for receiving their sealed documents within 7 days of notification by the Clerk's Office, said documents will be unsealed and either added to the docket as a PDF document, or forwarded to NARA in accordance with the Records Disposition Program.

5. When all sealed documents in this case are disposed of in accordance with this order, the Clerk shall forward any remaining paper documents to NARA in accordance with the policy of this Court.

_____
United States District Judge